UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-61630-CIV-DIMITROULEAS/ROSENBAUM

JAMESON COOPER,

    Plaintiff,

vs.

MERIDIAN YACHTS, LTD.,
et al.,

    Defendants,

vs.

DE VRIES SCHEEPSBOUW B.V.
d/b/a FEADSHIP, et al.,

    Third-party Defendants.
_____/

**ORDER**

This matter is before the Court upon Plaintiff's Motion For the Determination By the Court of the Sufficiency of the Defendants' Answers To Plaintiff's Request For Admissions [D.E. 206], Defendants' Motion for Protective Order to Prevent Plaintiff From Seeking Discovery Against Dr. Enrique Ginzburg or From Disclosing the Contents of Dr. Ginzburg's Examination Report [D.E. 209], Plaintiff's Motion to Vacate the Court's Order Granting in Part Defendants' Motion for Protective Order [D.E. 230] and Plaintiff's Renewed Motion to Compel the Deposition of Paul G. Allen [D.E. 231],[1] Defendants' Motion for Clarification of Facts Stated In the Court's Omnibus

---

[1] Although these Motions are actually contained in one document filed by Plaintiff, the Motions were docketed as separate entries. As such, the Court will refer to them by their separate docket entry numbers.

Order [D.E. 233], and Plaintiff's Motion For Leave to Take More Than Ten (10) Witness Depositions [D.E. 247]. The Court notes that the parties recently filed their Joint Stipulation for Dismissal of Only Plaintiff's Claims with Prejudice [D.E. 258], informing the Court that the Plaintiff and Defendants have settled their claims against each other.[2]

In light of the recent settlement, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion For the Determination By the Court of the Sufficiency of the Defendants' Answers To Plaintiff's Request For Admissions [D.E. 206], Defendants' Motion for Protective Order to Prevent Plaintiff From Seeking Discovery Against Dr. Enrique Ginzburg or From Disclosing the Contents of Dr. Ginzburg's Examination Report [D.E. 209], Plaintiff's Motion to Vacate the Court's Order Granting in Part Defendants' Motion for Protective Order [D.E. 230] and Plaintiff's Renewed Motion to Compel the Deposition of Paul G. Allen [D.E. 231], Defendants' Motion for Clarification of Facts Stated In the Court's Omnibus Order [D.E. 233], and Plaintiff's Motion For Leave to Take More Than Ten (10) Witness Depositions [D.E. 247] are all **DENIED AS MOOT**.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 1st day of December, 2007.

_____
ROBIN S. ROSENBAUM
United States Magistrate Judge

cc:    Honorable William P. Dimitrouleas
       Counsel of Record

---

[2] The Court also notes that the claims between the Defendants (Third-Party Plaintiffs) and Third-Party Defendants remain pending.

2